UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:18-cv-00831-JLS-MAA                Date:  April 17, 2019

Title:  Corswell v. Asuncion

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why the Court Should Not Order Briefing on the Merits

On March 6, 2018, Respondent Debbie Asuncion filed a motion to dismiss Petitioner Paul Tonio Corswell's petition for writ of habeas corpus. (ECF No. 5.) On April 5, 2018, Petitioner constructively filed a request for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). (ECF No. 7.) The Court denied both motions without prejudice to the Court's reconsideration of statute of limitation and exhaustion issues. (ECF No. 17, at 7-8.) The Court appointed the Office of the Federal Public Defender to represent Petitioner in this action. (*Id.* at 8.) The Court ordered Respondent to file either a renewed motion to dismiss or a statement withdrawing the statute of limitation defense within 45 days after the Deputy Federal Public Defender served a notice that she consulted with Petitioner. (*Id.*)

On February 8, 2019, the Deputy Federal Public Defender filed a notice that she had consulted with Petitioner. (ECF No. 21.) Over 45 days have passed since service of the notice pursuant to Local Rule 5-3.2.1. Respondent has not yet filed a renewed motion to dismiss, a statement withdrawing the statute of limitation defense, or a request for an extension of time to file either document.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 2:18-cv-00831-JLS-MAADate:  April 17, 2019

Title:   Corswell v. Asuncion

    The Court **ORDERS** Respondent to show cause why the Court should not issue a scheduling order requiring briefing on the merits of the petition. Respondent shall file a written response to this Order to Show Cause no later than **May 1, 2019**. Alternatively, the Order to Show Cause will be discharged automatically if Respondent files either a renewed motion to dismiss or a statement withdrawing the statute of limitation defense.

It is so ordered.

**Time in Court:** 0:00
**Initials of Preparer:** CSI