UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV18-0831-JLS-MAA | Date: March 30, 2020 |
| Title: Paul Tonio Corswell v. Debbie Asuncion, Warden | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause re: Petitioner's Failure to File Status Report

On January 22, 2020, the Court issued an order granting Petitioner's motion for leave to amend and motion for a stay. (ECF No. 38.) The Court ordered Petitioner to file every 60 days a status report providing the Court with an update on the progress of his habeas proceedings in the California courts. (*Id.* at 9.) Over 60 days have elapsed since the Court issued its Order, and no status report has been filed.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with the Court's January 22, 2020 Order. Petitioner must respond in writing to this Order to Show Cause no later than **May 29, 2020**. Instead of filing a written response, Petitioner may discharge this Order to Show Cause by filing the requisite status report.

**Petitioner's failure to timely comply with this Order to Show Cause will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.**

It is so ordered.