UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 2:18-cv-00831-JLS-MAA                                     Date: February 1, 2021

Title:   Paul Tonio Corswell v. Debbie Asuncion, Warden

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause re: Petitioner's Failure to File Status Report

     On January 22, 2020, the Court issued an order granting Petitioner's motion for leave to amend and motion for a stay.  (ECF No. 38.)  The Court ordered Petitioner to file every 60 days a status report providing the Court with an update on the progress of his habeas proceedings in the California courts.  (*Id.* at 9.)  Over 60 days have elapsed since Petitioner's last status report, which was filed on November 23, 2020.  (ECF No. 47.)

     Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with the Court's January 22, 2020 Order.  Petitioner must respond in writing to this Order to Show Cause no later than **March 3, 2021**.  Instead of filing a written response, Petitioner may discharge this Order to Show Cause by filing the requisite status report.

     **Petitioner's failure to timely comply with this Order to Show Cause by March 3, 2021 will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.**

It is so ordered.